# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 28, 2018

## NO. 03-18-00683-CV

**Iris Knight and Eugene Knight, Appellants**

**v.**

**Marshall Gulley, Appellee**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on October 1, 2018. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.